IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

R.S., by and through his            )
father, RONALD E. SOLTES,           )
                                    )
           Plaintiff,               )
                                    )        1:16-cv-119
      v.                            )
                                    )
BOARD OF DIRECTORS OF WOODS         )
CHARTER SCHOOL COMPANY, WOODS       )
CHARTER SCHOOL, and DOES 1 TO       )
10, inclusive,                      )
                                    )
           Defendants.              )

## JUDGMENT

For the reasons set out in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that R.S.'s motion for summary judgment is GRANTED and WCS's motion for summary judgment is DENIED. WCS shall fund private educational instruction and/or related services not less than the number of hours R.S. should have received services comparable to APE between August 20, 2013, and November 18, 2013, plus the number of hours equal to three hours per school day between November 18, 2013, and the end of the 2013-2014 school year. The instruction and services shall be completed by the end of the 2019-2020 school year. The parents may choose the providers of the instruction and services, so long as the providers are properly credentialed or licensed and their rates do not exceed the prevailing market rate for such instruction

or services in the community where the instruction or services are provided.  Finally, the parents are to be reimbursed for any travel costs reasonably necessary to secure appropriate instruction and/or services.

    R.S. shall be awarded costs and may file his claim for attorneys' fees by separate motion that complies with Local Rule 54.2.  20 U.S.C. § 1415(i)(3)(B).

                                               /s/   Thomas D. Schroeder
                                              United States District Judge

March 4, 2019